FILED

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br>Substitution of Counsel,<br><br>ZANDRA L. LOPEZ. | **ORDER**<br>**FOR SUBSTITUTION OF COUNSEL**<br>**AND NOTICE OF APPEARANCE** |

**IT IS HEREBY ORDERED** that Zandra L. Lopez, California Bar No. 216567, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 C Street, Suite 300, San Diego, California, 92101, phone 619/233-3169, fax 619/684-3522, email zll@zandralopezlaw.com, be substituted as appointed counsel and that Federal Defenders be relieved in the cases as listed in the attached, effective November 30, 2007.

**SO ORDERED.**

DATE: December 4, 2007

Jeffrey T. Miller for
**HONORABLE IRMA E. GONZALEZ**
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ZANDRA L. LOPEZ, CALIFORNIA BAR NO. 216567**
**AS APPOINTED COUNSEL OF RECORD EFFECTIVE NOVEMBER 30, 2007**

| *CASE NAME* | *NUMBER* | *COURT DATE* | *JUDGE* |
|---|---|---|---|
| *United States v. Erick Manjarrez-Cervantes (On Appeal)* | *03cr1913-BEN* | *12/03/07-Stat Conf* | *BEN* |
| *United States v. Fredis Mejia-Lemus ( On Appeal)* | *06cr0511-MJL* | *Pending Appeal* | *MJL* |
| *United States v. Domingo Aguilar-Aguilar (Resentencing on Remand)* | *04cr2955-GT* | *12/03/07-Re-Sent Hrg.* | *GT* |
| *United States v. Robert Bradley Pastor* | *09cr0987-NAJ* | *2/11/08-Rev. Hrng.* | *NAJ* |
| *United States v. Engelberto Sanchez* | *03cr1017-NAJ* | *12/10/07-Rev. Hrng.* | *NAJ* |
| *United States v. Jose Antonio Carranza-Huesos* | *07MJ2700* | *12/06/07-PE* | *JMA* |
| *United States v. Jose Iniguez-Delgado* | *07MJ2753* | *12/11/07-PE* | *AJB* |
| *United States v. David Osvaldo Cruz-Zavala* | *07MJ2762* | *12/11/07-PE* | *AJB* |
| *United States v. Jasmine Lau* | *07MJ2750* | *12/6/07-PE* | *BLM* |
| *United States v. Ismael Antonia Zambrano-Reyes* | *07MJ2721* | *12/11/07-PH* | *AJB* |
| *United States v. Maria Rico* | *07MJ2731* | *12/6/07-PE* | *LSP* |
| *United States v. Victor Serrano* | *07MJ2724* | *12/6/07-PE* | *JMA* |
| *United States v. Joel Lopez-Perez* | *07MJ2713* | *12/6/07-PE* | *JMA* |
| *United States v. Pedro Resendiz-Avila* | *07MJ2705* | *12/6/07-PE* | *JMA* |
| *United States v. Nicolas Cesareo* | *07MJ2704* | *12/6/07-PE* | *JMA* |
| *United States v. Petronico Jimenez-Viera* | *07MJ2596* | *12/4/07-PE* | *BLM* |
| *United States v. Ramon Pena-Martinez* | *07CR3211-DMS* | *12/4/07-PH* | *DMS* |
| *United States v. Garcia-Tun* | *07MJ2664* | *12/13/07-PE* | *NLS* |
| *United States v. Valdovinos-Cardoza* | *07MJ2702* | *12/6/07-PE* | *JMA* |
| *United States v. Chavez-Hernandez* | *07MJ2678* | *12/4/07-PE* | *NLS* |
| *Untied States v. Jaime De La Cruz-Muro* | *07MJ2676* | *12/4/07-PE* | *NLS* |
| *United States v. Karina Cota-Lobatos* | *07MJ8899* | *12/4/07-PH* | *PCL* |
| *United States v. Noemi Vasquez* | *07CR2672-TJW* | *2/11/07-Sent. Hrng.* | *TJW* |

| | | | |
|---|---|---|---|
| *United States v. Joseph Paul Bushey* | *07MJ8904* | *11/28/07-PE* | *PCL* |
| *United States v. Juan Carlos Vasquez-Mendoza* | *07MJ8927* | *11/29/07-PE* | *PCL* |
| *United States v. Richardo Flores* | *07MJ2597* | *12/4/07-PE* | *BLM* |
| *United States v. Marcos Banderas-Rodriguez* | *07CR3111-JAH* | *12/6/07-Dispo.* | *DMS* |
| *United States v. Horacio B. Rosales-Zamora* | *07CR3113-DMS* | *12/6/07-Dispo.* | *DMS* |
| *United States v. Israel Amezquita-Luna* | *07CR3032-WQH* | *12/4/07-Dispo.* | *WQH* |
| *United States v. Joel Jimenez-Polanco* | *07MJ2663* | *12/13/07-PH* | *NLS* |
| *United States v. Francisco Esparza-Gutierrez* | *07MJ2660* | *12/13/07-PH* | *NLS* |
| *United States v. Jesus Garcia-Santiago* | *07MJ8927* | *12/6/07-PE* | *CAB* |

*U.S. DISTRICT COURT CASES ON APPEAL TO THE NINTH CIRCUIT*
*MOTIONS FOR SUBSTITUTION OF COUNSEL FILED FOR ZANDRA L. LOPEZ*
*EFFECTIVE NOVEMBER 30, 2007*

**RE-LIST**

| | | |
|---|---|---|
| *United States v. Jason Wayne Cline 05cr0667-MLH* | *U.S.C.A. No. 05-50138* | *Petition for Rehearing filed* |
| *United States v. Donald Wayne Collins 03cv2406-MJW* | *U.S.C.A. No. 07-56432* | *Waiting on Govt.'s Response to Cert. Petition* |
| *United States v. Francisco Cano-Matus 06CR2002-BTM* | *U.S.C.A. No. 07-50218* | *Reply due 12/09/07* |
| *United States v. Francisco Cano-Matus 04CR1175-GT* | *U.S.C.A. No. 07-50255* | *Waiting on Oral Argument* |
| *United States v. Ana Castaneda-Vasquez 07cr1626-JAH* | *U.S.C.A. No. 07-50502* | *Waiting on briefing schedule* |
| *United States v. Raimundo Martinez-Orosco 03CR2601-JAH* | *pending* | *Notice of Appeal filed 10/17/07 with D.Ct.* |
| *United States v. Engelberto Santana 03CR1017-NAJ* | *U.S.C.A. No. 07-50190* | *Waiting on Oral Argument* |
| *United States v. Fredis Mejia-Lemus 06CR0811-MJL* | *U.S.C.A. No. 07-71408* | *Submitted* |
| *United States v. Ruben Meda-Rodriguez 04CR1993-LAB* | *U.S.C.A. No. 07-50141* | *Waiting on Oral Argument* |
| *United States v. Erick Manjarrez-Cervantes* | *U.S.C.A. No. 07-71177* | *Submitted* |
| *United States v. Hector Quinonez-Martinez 06CR1169-MJL* | *U.S.C.A. No. 07-50139* | *Waiting on Oral Argument* |

| | | |
|---|---|---|
| *United States v. Jose Angel Ramirez-Estrada 06cr0121-DMS* | *U.S.C.A. No. 06-50473* | *Waiting on Oral Argument* |
| *United States v. Maria Carmen Garcia 06CR716-JAH* | *U.S.C.A. No. 06-50630* | *Opening Brief due 12/13/07* |
| *United States v. Alfredo Martinez 05CR1602-LAB* | *U.S.C.A. No. 06-50307* | *Cert. Petition filed* |
| *United States v. Luis Diaz-Luevano 04CR1371-LAB* | *U.S.C.A. No. 05-50129* | *Cert. Petition due 12/28/07* |
| *United States v. Robert Bradley Pastor 93CR0987-NAJ* | *U.S.C.A. No.s 06-50055/ 06-50230* | *Waiting on Oral Argument* |
| *United States v. Jose Angel Limon-Madero 07CR0981-JTM* | *U.S.C.A. No. 07-50354* | *Opening Brief due 12/07/07* |
| *United States v. Ismael Juan Ramirez-Guerrero 07CR0524-JTM* | *U.S.C.A. No. 07-50410* | *Opening Brief due 12/20/07* |

*End of District Court Cases on Appeal*