Case 3:07-cr-03385-W Document 12 Filed 02/11/2008 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Nicolas Cesareo,

Defendant.

CASE NO. 07CR3385-W

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

X an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) of: 8 USC 1325

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: February 11, 2008

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgment and Commitment~~ on 2/11/08

United States Marshal

By: [signature]

USMS Criminal Section